| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Julio | Cesar | Urrutia |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | C13-MIDDLE DISTRICT OF NORTH CAROLINA | | |
| Case number (if known) | 25-10604 | | |

☑ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| 3670 Single Leaf Crt High Point, NC 27265  Guilford County<br>Line from *Schedule A/B*: 1.1 | $164,700.00 | ☑ $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(1) |
| 2020 Volkswagon Tiguan 102,000+ miles<br>90% J.D. Power/NADA Clean Retail Value<br>Line from *Schedule A/B*: 3.1 | $16,942.00 | ☑ $1,717.22<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |
| 2022 Kia Carnival 28,000+ miles<br>90% J.D. Power/NADA Clean Retail Value<br>Line from *Schedule A/B*: 3.2 | $29,061.00 | ☑ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(3) |
| 1999 Honda VT750 184,325+ miles<br>Debtor(s) estimated market value.<br>Line from *Schedule A/B*: 3.3 | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |
| Appliances, kitchenware, etc.<br>Line from *Schedule A/B*: 6.1 | $1,000.00 | ☑ 50%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |

Debtor 1  Julio Cesar Urrutia
Debtor 2  Adriana Marcela Lopez Galvis              Case number (if known)  25-10604

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Furniture/furnishings  Line from Schedule A/B: 6.2 | $1,000.00 | ☑ 50%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Pushmower  Line from Schedule A/B: 6.3 | $80.00 | ☑ 50%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Electronics, computers , etc.  Line from Schedule A/B: 6.4 | $600.00 | ☑ 50%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Bicycles 2  Line from Schedule A/B: 6.5 | $100.00 | ☑ 50%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Clothing and personal effects  Line from Schedule A/B: 6.6 | $600.00 | ☑ 50%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Jewelry, watch(es)  Line from Schedule A/B: 6.7 | $300.00 | ☑ 50%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Cash  Line from Schedule A/B: 16.1 | $0.00 | ☑ $0.00  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1-362 |
| 401(k): Principal Financial Group  Line from Schedule A/B: 21.1 | $23,450.00 | ☑ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(9) |
| 401(k): Schwab  Line from Schedule A/B: 21.2 | $840.00 | ☑ 100%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(9) |
| Debtor 1  - tax foreclosure surplus in the state of Florida.  Line from Schedule A/B: 34.1 | $9,512.78 | ☑ $2,282.78  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2 of 4

| Debtor 1 | Julio Cesar Urrutia | | |
|---|---|---|---|
| Debtor 2 | Adriana Marcela Lopez Galvis | Case number (if known) | 25-10604 |

**Fill in this information to identify your case:**

| Debtor 1 | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Adriana | Marcela | Lopez Galvis |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   C13-MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   25-10604

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt     4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions** | | | |
| 3670 Single Leaf Crt High Point, NC 27265 Guilford County  Line from *Schedule A/B*: 1.1 | $164,700.00 | ☑ $30,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(1) |
| 2020 Volkswagon Tiguan 102,000+ miles  90% J.D. Power/NADA Clean Retail Value  Line from *Schedule A/B*: 3.1 | $16,942.00 | ☑ $3,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(3) |
| 2020 Volkswagon Tiguan 102,000+ miles  90% J.D. Power/NADA Clean Retail Value  Line from *Schedule A/B*: 3.1 | $16,942.00 | ☑ $1,911.00  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(2) |
| Appliances, kitchenware, etc.  Line from *Schedule A/B*: 6.1 | $1,000.00 | ☑ 50%  ☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |

Debtor 1  Julio Cesar Urrutia
Debtor 2  Adriana Marcela Lopez Galvis                          Case number (if known)   25-10604

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| Furniture/furnishings<br>Line from Schedule A/B: 6.2 | $1,000.00 | ✓ 50%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Pushmower<br>Line from Schedule A/B: 6.3 | $80.00 | ✓ 50%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Electronics, computers , etc.<br>Line from Schedule A/B: 6.4 | $600.00 | ✓ 50%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Bicycles 2<br>Line from Schedule A/B: 6.5 | $100.00 | ✓ 50%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Clothing and personal effects<br>Line from Schedule A/B: 6.6 | $600.00 | ✓ 50%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Jewelry, watch(es)<br>Line from Schedule A/B: 6.7 | $300.00 | ✓ 50%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(4) |
| Cash<br>Line from Schedule A/B: 16.1 | $0.00 | ✓ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1-362 |
| 401(k): Schwab<br>Line from Schedule A/B: 21.3 | $865.00 | ✓ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(9) |
| 401(k): Walmart 401k<br>Line from Schedule A/B: 21.4 | $27,320.00 | ✓ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | N.C. Gen. Stat. § 1C-1601(a)(9) |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ✓ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes